IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-388-MHT-JTA |
| | ) (WO) |
| ELITE ROOFING, LLC, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court are the Declaration (Doc. No. 4) and Information (Doc. No. 5) filed by *pro se* Plaintiff Gregory Kelly. The court construes the Declaration (Doc. No. 4) and Information (Doc. No. 5) as each containing a motion for the court to refer the case to the court's Pro Se Assistance Program ("PSAP"). For the reasons stated below, the motions (Docs. No. 4, Doc. No. 5) are denied.

PSAP is designed to provide *pro se* litigants with lawyers to assist with the drafting of amended complaints. At this time, however, there are too few volunteers to provide a PSAP attorney to the litigants who request them. Plaintiff, who is fast becoming a frequent litigant in this court,[1] has previously been provided detailed instructions on how to properly draft a complaint. *See*, *e.g.*, *Kelly v. Montgomery Housing Authority, et al.*, Case No. 2:24-

---

[1] As of the writing of this Order, Plaintiff has filed at least seven cases in this court this year alone, all of which are currently pending.

cv-166-MHT-JTA (Doc. No. 23, April 26, 2024 Order and Recommendation of the Magistrate Judge). A review of Plaintiff's complaint, which alleges a highly complex scheme to use the state judicial system against him and efforts by an insurance company to poison him, does not support the conclusion that a volunteer attorney could be found who could dedicate the time required to work with Plaintiff to draft a proper amended complaint free of charge. Even if a PSAP attorney could be found who is able put Plaintiff's complaint into proper shape, the court concludes that any remotely potential benefit in searching for a PSAP attorney for this case is significantly outweighed by the court's obligation to manage its own affairs and resources to achieve the orderly disposition of this action and of other actions before it.

Accordingly, it is ORDERED that Plaintiff's motions for the court to refer the case to PSAP (Doc. No. 4; Doc. No. 5) are DENIED.

DONE this 10th day of July, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE