IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **GREGORY KELLY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv388-MHT |
| ) | (WO) |
| **ELITE ROOFING, LLC, d/b/a** ) | |
| **Jimmy Holley, et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Plaintiff filed this lawsuit asserting that a roofing company, its owner, and an insurance company and one of its employees violated his civil rights and engaged in a conspiracy against him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motions for summary judgment and his construed motions for default judgment be denied.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be

overruled and the magistrate judge's recommendation adopted.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 32) is adopted.

(3) Plaintiff's motions for summary judgment (Doc. 25 and Doc. 26) are denied.

(4) Plaintiff's construed motions for default judgment (Doc. 25 and Doc. 26) are denied.

DONE, this the 31st day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**