IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY KELLY,                    )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )         2:24cv388-MHT
                                  )              (WO)
ELITE ROOFING, LLC, d/b/a         )
Jimmy Holley, et al.,             )
                                  )
     Defendants.                  )
```

OPINION

Plaintiff filed this lawsuit asserting that a roofing company, its owner, an insurance company, and one of its employees engaged in a conspiracy against him and violated his civil rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed with prejudice for failure to comply with court orders and the Federal Rules of Civil Procedure, and that the counterclaim brought by the roofing company defendants be dismissed without prejudice for failure to prosecute and comply with a court order.

Also before the court are plaintiff's objections to the recommendation. There are no objections from the defendants. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE