IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv388-MHT |
| | ) | (WO) |
| ELITE ROOFING, LLC, d/b/a | ) | |
| Jimmy Holley, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 38) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 37) is adopted.

(3) Plaintiff's claims are dismissed with prejudice for failure to comply with court orders and the Federal Rules of Civil Procedure.

(4) The counterclaim of defendants Elite Roofing LLC and Jimmy Holley against plaintiff are dismissed

without prejudice for failure to prosecute and comply with a court order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE