IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY,              )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br>ELITE ROOFING, LLC, d/b/a    )<br>Jimmy Holley, et al.,        )<br>                             )<br>     Defendants.             ) | CIVIL ACTION NO.<br>2:24cv388-MHT<br>(WO) |

### ORDER

Because plaintiff's claims have been dismissed with prejudice and this case has been closed, *see* Opinion and Judgment (Doc. 40 and Doc. 41), it is ORDERED that plaintiff's motion for leave to add new claims and parties (Doc. 42) and his motion for a show cause hearing, or in the alternative, for a hearing for default judgment and/or for partial judgment or summary judgment (Doc. 43), are denied as moot.

This case remains closed.

DONE, this the 4th day of April, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE